

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2015

No. 04-15-00464-CV

**IN THE INTEREST OF A.A.R., A.S.N., C.G.N. AND J.A.G., CHILDREN**,

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 30,953
Honorable Enrique Fernandez, Judge Presiding

## O R D E R

This is an accelerated appeal from an order terminating parental rights. Appellant's brief, which was originally due on September 28, 2015, has not been filed. Appellant's court-appointed attorney was granted two extensions of time to October 22, 2015, and was admonished that no further extensions would be allowed given appellant's delay in requesting and paying for the reporter's record. Appellant's attorney failed to file the brief, so on October 23, 2015, this court ordered appellant's attorney to show cause in writing by November 2, 2015 why this appeal should not be dismissed for want of prosecution. Because appellant's attorney did not respond, on November 10, 2015, this Court ordered James Gerard McDermott, II to personally appear before this court on December 1, 2015 to show cause why he should not be held in contempt of court for failure to comply with the order of October 23, 2015.

On November 17, 2015, Mr. McDermott responded with a motion for extension of time until November 20, 2015 to file the brief. Mr. McDermott explained his delay and difficulty in responding to this Court's orders.

Given Mr. McDermott's response, this Court grants Mr. McDermott's motion for extension of time to November 20, 2015. Mr. McDermott is cautioned that the appellant's brief must be filed on or before this date, and no further extensions of time will be allowed. The contempt hearing scheduled for December 1, 2015 will remain set on the Court's calendar until the appellant's brief is filed.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2015.



_____
Keith E. Hottle
Clerk of Court